Priority ___
Send ___
Enter ___
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

FILED
CLERK, U.S. DISTRICT COURT
FEB 19 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO Q. NUNEZ,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, S.V.S.P.,<br><br>    Respondent. | No. CV 99-1239-GAF(CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that this petition is dismissed as moot.

DATED: 2/19/08

_____
GARY A. FEESS
United States District Judge